Roberto **CRUZ–HERNANDEZ,** Petitioner,

v.

John **ASHCROFT, Attorney General,*** Respondent.

No. 03–70143. Agency No. A72–339–822.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 8, 2003.**

Decided Dec. 19, 2003.

J. Jack Artz, Esq., South Pasadena, CA, for Petitioner.

Regional Counsel, Western Region, Immigration & Naturalization Service, Lagu-

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The court sua sponte changes the docket to reflect that John Ashcroft, Attorney General,

is the proper respondent. The Clerk shall amend the docket to reflect the above caption.

** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**974**

na Niguel, CA, Los Angeles District Counsel, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, David J. Kline, Esq., Hugh G. Mullane, Esq., U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before GOODWIN, WALLACE, and TROTT, Circuit Judges.

### MEMORANDUM ***

Roberto Cruz–Hernandez, a native and citizen of Mexico, petitions for review of the decision of the Board of Immigration Appeals ("BIA"), summarily affirming an Immigration Judge's ("IJ") denial of his request for suspension of deportation. We dismiss the petition for review because the IJ ultimately denied the request as a matter of discretion and, therefore, we lack jurisdiction to consider that decision. *See Kalaw v. INS*, 133 F.3d 1147, 1152 (9th Cir.1997).

PETITION FOR REVIEW DISMISSED.

---

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).